UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    plaintiffs,

v.                                                **Case No. 9:18-cv-80176 (BB/BR)**

CRAIG WRIGHT.
                                       /

## NOTICE OF APPEAL

Notice is given that Dr. Craig Wright appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Denying the Motions to Disqualify. [DE 951.]

                                                Respectfully submitted,

                                                RIVERO MESTRE LLP
2525 Ponce de Leon Boulevard,
Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: abrown@riveromestre.com
Email: ahenry@riveromestre.com
Email: rkuntz@riveromestre.com
Email: receptionist@riveromestre.com
*Counsel for Dr. Craig Wright*

By: s/ *Andres Rivero*
ANDRES RIVERO
Florida Bar No. 613819
AMY C. BROWN
Admitted *Pro Hac Vice*
ALLISON HENRY
Florida Bar No. 1003008
ROBERT KUNTZ
Florida Bar No. 94668

April 20, 2023

**CERTIFICATE OF SERVICE**

    I certify that on April 20, 2023, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

                          By: /s/ Andrés Rivero.
                              Andrés Rivero