UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    Appellee-Plaintiffs,

v.                                            Case No. 23-11318

CRAIG WRIGHT,

    Appellant-Defendant.

_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Eleventh Circuit Rule 26.1, Appellant Dr. Craig Wright, respectfully submits the following Certificate of Interested Persons and Corporate Disclosure Statement:

1. The Honorable Judge Beth Bloom, U.S. District Judge

2. Boies Schiller Flexner LLP, Counsel for Plaintiffs-Appellees

3. Brenner, Andrew, Counsel for Plaintiffs-Appellees

4. Brown, Amy Christine, Counsel for Defendant-Appellant

5. BTCN 1610-491 LLC (CE)

6. Delich, Joseph, Counsel for Plaintiffs-Appellees

7. Devine Goodman & Rasco, LLP, Counsel for non-party Andrew O'Hagan

8. Economides, Constantine Philip Counsel for Plaintiffs-Appellees

9. Estate of David Kleiman, Plaintiffs-Appellees

10. Fernandez, Amanda Lara, Counsel for Defendant-Appellant

11. Fernandez, Michael Alexander, Counsel for Defendant-Appellant

12. Freedman, Velvel, Counsel for Plaintiff-Appellee

13. Freedman Normand & Friedland LLP (formerly Roche Freedman LLP), Counsel for Plaintiffs-Appellees

14. Glaser, Patricia, Counsel for non-party John Doe

15. Glaser Weil Fink Howard Avchen & Shapiro LLP, Counsel for nonparty John Doe

16. Harrison, Laselve, Counsel for Plaintiffs-Appellees

17. Henry, Allison, Counsel for Defendant-Appellant

18. *Holtzman, Alexander, Counsel for Plaintiffs-Appellees

19. Kass, Zalman, Counsel for Defendant-Appellant

20. Kleiman, Ira, Plaintiffs-Appellees

21. Kuntz, Robert, Counsel for Defendant-Appellant

22. Lagos, Stephen, Counsel for Plaintiffs-Appellees

23. Licata, Samantha, Counsel for Plaintiffs-Appellees

24. *Lohr, Whitney, Counsel for Defendant-Appellant

25. *Markoe, Zaharah, Counsel for Defendant-Appellant

26. Mestre, Jorge, Counsel for Defendant-Appellant

27. Payne, Darrell Winston, Counsel for non-party John Doe

28. Pritt, Maxwell, Counsel for Plaintiffs-Appellees

29. Rasco, Guy Austin, Counsel for non-party Andrew O'Hagan

30. The Honorable Judge Bruce Reinhart, U.S. District Magistrate Judge

31. Rivero, Andres, Counsel for Defendant-Appellant

32. Rivero Mestre LLP, Counsel for Defendant-Appellant

33. Roche Freedman LLP (now Freedman Normand & Friedland LLP), Counsel for Plaintiffs-Appellees

34. Roche, Kyle, Former Counsel for Plaintiffs-Appellees

35. Rolnick, Alan, Counsel for Defendant-Appellant

36. Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Counsel for non-party John Doe

37. 37. Wright, Craig, Defendant-Appellant

38. 38. Zack, Stephen, Counsel for Plaintiffs-Appellees

\* = no longer involved in representation

Appellant certifies that no other judges, attorneys, persons, associations of persons, firms, partnerships, or corporations have an interest in the outcome of this appeal.

Respectfully submitted,

RIVERO MESTRE LLP
*Counsel for Appellant*

2525 Ponce de Leon
Boulevard Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com

By:     s/ Andrés Rivero
        ANDRÉS RIVERO
        Florida Bar No. 613819
        ROBERT J. KUNTZ JR.
        Florida Bar No. 094668