UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 12, 2023

Amy Christine Brown
Rivero Mestre LLP
565 5TH AVE FL 7
NEW YORK, NY 10017

Robert J. Kuntz Jr.
Rivero Mestre, LLP
2525 PONCE DE LEON BLVD STE 1000
MIAMI, FL 33134

Andres Rivero
Rivero Mestre, LLP
2525 PONCE DE LEON BLVD STE 1000
MIAMI, FL 33134

Appeal Number: 23-11318-B
Case Style: Ira Kleiman, et al v. Craig Wright
District Court Docket No: 9:18-cv-80176-BB

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. <u>Although not required</u>, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

We have not yet received the Civil Appeal Statement required by 11th Cir. R. 33-1(a)(1). That rule provides that appellant(s) [and cross-appellant(s)] "shall file with the clerk of the court of appeals, with service on all other parties, a completed Civil Appeal Statement within 14 days after filing the notice of appeal in this court." Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a)(1).

You are hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice pursuant to 11th Cir. R. 42-1(b) unless appellant files a Motion to File the Civil Appeal Statement out of time with the completed Civil Appeal Statement attached as an exhibit to the motion.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| New / Before Briefing Cases: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| Cases in Briefing / After Opinion: | 404-335-6130 | CM/ECF Help Desk: | 404-335-6125 |
| Cases Set for Oral Argument: | 404-335-6141 | | |

CAS-3 CAS overdue