UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

IRA KLEIMAN, as personal representative of
the estate of David Kleiman, and W&K INFO
DEFENSE RESEARCH, LLC

    Appellee-Plaintiffs,

v.                                                                   Case No. 23-11318

CRAIG WRIGHT,

    Appellant-Defendant.

_____/

## **MOTION FOR LEAVE TO FILE CIVIL APPEAL STATEMENT**

Pursuant to this Court's Order [DE 18], Appellant Craig Wright submits this motion to for leave to file his civil appeal statement ("CAS") out of time.

1. Counsel for appellant attempted to file the CAS, together with the Certificate of Interested Persons and Transcript Information Form on May 11, 2023, the day on which they were due. It appears that the filing was unsuccessful.

2. On May 12, 2023, the Court ordered appellant to file the CAS within 14 days to avoid dismissal of the appeal. [DE 16.] That same day, appellant filed the CAS. [DE 17.]

3. On May 18, 2023, the Court issued an Order indicating that the CAS was deficient and should be re-filed within five days, accompanied by a motion for leave to file the document out of time. [DE 18.]

4. Accordingly, appellant requests that the Court accept the CAS, attached as **Exhibit A**.

          Respectfully submitted,

          RIVERO MESTRE LLP
          *Counsel for Appellant*

          2525 Ponce de Leon Boulevard Suite 1000
          Miami, Florida 33134
          Telephone: (305) 445-2500
          Fax: (305) 445-2505
          Email: arivero@riveromestre.com

By:   s/ Andrés Rivero
      ANDRÉS RIVERO
      Florida Bar No. 613819
      ROBERT J. KUNTZ JR.
      Florida Bar No. 094668

## **CERTIFICATE OF COMPLIANCE**

1. This document complies with the word limit of Fed. R. App. P. 5(c)(1) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 149 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Times New Roman 14-point font.

By:   s/ Andrés Rivero
ANDRÉS RIVERO
*Counsel for Appellant*

May 19, 2023