IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Case No. 23-11318-B
L.T. Case No. 9:18-cv-80176-BB

---

IRA KLEIMAN, as the Personal Representative of the Estate of David Kleiman,
*Plaintiff- Appellee*,

v.

CRAIG WRIGHT,
*Defendant- Appellant*.

---

**MOTION FOR LEAVE TO FILE
CIVIL APPEAL STATEMENT OUT OF TIME**

---

Andrés Rivero
RIVERO MESTRE LLP
2525 Ponce de León Blvd.,
Suite 1000
Miami, FL 33134
Tel: (305) 445-2500
Fax: (305) 445-2505
E-mail: arivero@riveromestre.com
Counsel for Appellant

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Eleventh Circuit Rule 26.1, Appellant Dr. Craig Wright ("Dr. Wright"), respectfully submits the following Certificate of Interested Parties and Corporate Disclosure Statement:

1. The Honorable Judge Beth Bloom, U.S. District Judge
2. Boies Schiller Flexner LLP, Counsel for Plaintiffs-Appellees
3. Brenner, Andrew, Counsel for Plaintiffs-Appellees
4. Brown, Amy Christine, Counsel for Defendant-Appellant
5. BTCN 1610-491 LLC (CE)
6. Delich, Joseph, Counsel for Plaintiffs-Appellees
7. Devine Goodman & Rasco, LLP, Counsel for non-party Andrew O'Hagan
8. Economides, Constantine Philip Counsel for Plaintiffs-Appellees
9. Estate of David Kleiman, Plaintiffs-Appellees
10. Fernandez, Amanda Lara, Counsel for Defendant-Appellant
11. Fernandez, Michael Alexander, Counsel for Defendant-Appellant
12. Freedman, Velvel, Counsel for Plaintiff-Appellee
13. Freedman Normand & Friedland LLP (formerly Roche Freedman LLP), Counsel for Plaintiffs-Appellees

14. Glaser, Patricia, Counsel for non-party John Doe

15. Glaser Weil Fink Howard Avchen & Shapiro LLP, Counsel for nonparty John Doe

16. Harrison, Laselve, Counsel for Plaintiffs-Appellees

17. Henry, Allison, Counsel for Defendant-Appellant

18. *Holtzman, Alexander, Counsel for Plaintiffs-Appellees

19. Kass, Zalman, Counsel for Defendant-Appellant

20. Kleiman, Ira, Plaintiffs-Appellees

21. Kuntz, Robert, Counsel for Defendant-Appellant

22. Lagos, Stephen, Counsel for Plaintiffs-Appellees

23. Licata, Samantha, Counsel for Plaintiffs-Appellees

24. *Lohr, Whitney, Counsel for Defendant-Appellant

25. *Markoe, Zaharah, Counsel for Defendant-Appellant

26. Mestre, Jorge, Counsel for Defendant-Appellant

27. Payne, Darrell Winston, Counsel for non-party John Doe

28. Pritt, Maxwell, Counsel for Plaintiffs-Appellees

29. Rasco, Guy Austin, Counsel for non-party Andrew O'Hagan

30. The Honorable Judge Bruce Reinhart, U.S. District Magistrate Judge

31. Rivero, Andres, Counsel for Defendant-Appellant

32. Rivero Mestre LLP, Counsel for Defendant-Appellant

33. Roche Freedman LLP (now Freedman Normand & Friedland LLP), Counsel for Plaintiffs-Appellees

34. Roche, Kyle, Former Counsel for Plaintiffs-Appellees

35. Rolnick, Alan, Counsel for Defendant-Appellant

36. Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Counsel for non-party John Doe

37. 37. Wright, Craig, Defendant-Appellant

38. 38. Zack, Stephen, Counsel for Plaintiffs-Appellees

\* = no longer involved in representation

Appellant certifies that no other judges, attorneys, persons, associations of persons, firms, partnerships, or corporations have an interest in the outcome of this appeal.

## **MOTION FOR LEAVE TO FILE CIVIL APPEAL STATEMENT**

Pursuant to this Court's Order [DE 18], Appellant Craig Wright submits this motion to for leave to file his civil appeal statement ("CAS") out of time.

1. Counsel for appellant attempted to file the CAS, together with the Certificate of Interested Persons and Transcript Information Form on May 11, 2023, the day on which they were due. It appears that the filing was unsuccessful.

2. On May 12, 2023, the Court ordered appellant to file the CAS within 14 days to avoid dismissal of the appeal. [DE 16.] That same day, appellant filed the CAS. [DE 17.]

3. On May 18, 2023, the Court issued an Order indicating that the CAS was deficient and should be re-filed within five days, accompanied by a motion for leave to file the document out of time. [DE 18.]

4. On May 19, 2023, appellant filed a motion for leave to file the civil appeal statement out of time, with the CAS attached as an exhibit. [DE 19.]

5. On May 22, 2023, the Court issued an Order stating that no action would be taken on the motion for failure to include the Certificate of Interested Persons and Corporate Disclosure Statement [DE 20.]

6. Accordingly, appellant is re-filing his motion (within the five days specified in DE 18] and requests that the Court accept the CAS, attached as **Exhibit A**.

Respectfully submitted,

RIVERO MESTRE LLP
*Counsel for Appellant*

2525 Ponce de Leon
Boulevard Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com

By:   s/ Andrés Rivero
ANDRÉS RIVERO
Florida Bar No. 613819
ROBERT J. KUNTZ JR.
Florida Bar No. 094668

## **CERTIFICATE OF COMPLIANCE**

1. This document complies with the word limit of Fed. R. App. P. 5(c)(1) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 149 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Times New Roman 14-point font.

By: <u>s/ Andrés Rivero</u>
ANDRÉS RIVERO
*Counsel for Appellant*

May 22, 2023