# Exhibit A

Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 23-11318

**Caption:**
Ira Kleiman, as Personal Representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC

v.

Craig Wright

District and Division: Southern District of Florida
Name of Judge: Hon. Beth Bloom
Nature of Suit: Breach of partnership agreement, theft of intellectual property
Date Complaint Filed: 2/14/2018
District Court Docket Number: 9:18-civ-80176-BB
Date Notice of Appeal Filed: 4/20/2023
☐ Cross Appeal  ☐ Class Action

Has this matter previously been before this court?
☑ Yes  ☐ No
If Yes, provide
(a) Caption: Ira Kleiman, as Personal Representative of Estate of David Kleiman et al. v. Craig Wright
(b) Citation: _____
(c) Docket Number: 22-11150-G

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Andres Rivero | Rivero Mestre LLP<br>2525 Ponce de Leon Blvd., Ste. 1000<br>Miami, Florida 33134 | 305-445-2500 (phone)<br>305-445-2505 (fax)<br>arivero@riveromestre.com |
| For Appellee:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Vel (Devin) Freedman | Freedman Normand Friedland LLP<br>99 Park Ave., Ste. 1900<br>New York, NY 10016 | 646-350-0527<br>vel@fnf |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☐ Federal Question<br>☑ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☐ Final Judgment, 28 USC 1291<br>☑ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☑ Other Disqualification | Amount Sought by Plaintiff: $N/A<br>Amount Sought by Defendant: $N/A<br>Awarded: $N/A to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary  ☐ Granted<br>☐ Permanent  ☐ Denied |

Page 2                                                                  11th Circuit Docket Number: _____

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?   ☐ Yes   ☑ No
    What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?   ☐ Yes   ☑ No

    If Yes, provide
    (a) Case Name/Statute _____
    (b) Citation _____
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal?   ☑ Yes   ☐ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?   ☐ Yes   ☑ No

    If Yes, provide
    (a) Case Name _Ira Kleiman as Personal Representative of the Estate of David Kleiman et al. v. Craig Wright_
    (b) Citation _____
    (c) Docket Number if unreported _22-11150-G_
    (d) Court or Agency _11th Circuit_

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?   ☐ Yes   ☑ No
    (b) Among circuits?   ☐ Yes   ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

    Did the District Court err in denying defendant's motion to disqualify Freedman Normand Friedland LLP f/k/a Roche Freedman LLP?

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS _11th_ DAY OF _May_, 2023

Andres Rivero  /s/ Andres Rivero

NAME OF COUNSEL (Print)                                                      SIGNATURE OF COUNSEL