# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

Case No. 23-11318-B
L.T. Case No. 9:18-cv-80176-BB

---

IRA KLEIMAN, as the Personal Representative of the Estate of David Kleiman,
*Plaintiff- Appellee*,

v.

CRAIG WRIGHT,
*Defendant- Appellant*.

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

---

Andrés Rivero
RIVERO MESTRE LLP
2525 Ponce de León Blvd.,
Suite 1000
Miami, FL 33134
Tel: (305) 445-2500
Fax: (305) 445-2505
E-mail: arivero@riveromestre.com
Counsel for Appellant

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Eleventh Circuit Rule 26.1, Appellant Dr. Craig Wright ("Dr. Wright"), respectfully submits the following Certificate of Interested Parties and Corporate Disclosure Statement:

1. The Honorable Judge Beth Bloom, U.S. District Judge
2. Boies Schiller Flexner LLP, Counsel for Plaintiffs-Appellees
3. Brenner, Andrew, Counsel for Plaintiffs-Appellees
4. Brown, Amy Christine, Counsel for Defendant-Appellant
5. BTCN 1610-491 LLC (CE)
6. Delich, Joseph, Counsel for Plaintiffs-Appellees
7. Devine Goodman & Rasco, LLP, Counsel for non-party Andrew O'Hagan
8. Economides, Constantine Philip Counsel for Plaintiffs-Appellees
9. Estate of David Kleiman, Plaintiffs-Appellees
10. Fernandez, Amanda Lara, Counsel for Defendant-Appellant
11. Fernandez, Michael Alexander, Counsel for Defendant-Appellant
12. Freedman, Velvel, Counsel for Plaintiff-Appellee
13. Freedman Normand & Friedland LLP (formerly Roche Freedman LLP), Counsel for Plaintiffs-Appellees

14. Glaser, Patricia, Counsel for non-party John Doe

15. Glaser Weil Fink Howard Avchen & Shapiro LLP, Counsel for nonparty John Doe

16. Harrison, Laselve, Counsel for Plaintiffs-Appellees

17. Henry, Allison, Counsel for Defendant-Appellant

18. *Holtzman, Alexander, Counsel for Plaintiffs-Appellees

19. Kass, Zalman, Counsel for Defendant-Appellant

20. Kleiman, Ira, Plaintiffs-Appellees

21. Kuntz, Robert, Counsel for Defendant-Appellant

22. Lagos, Stephen, Counsel for Plaintiffs-Appellees

23. Licata, Samantha, Counsel for Plaintiffs-Appellees

24. *Lohr, Whitney, Counsel for Defendant-Appellant

25. *Markoe, Zaharah, Counsel for Defendant-Appellant

26. Mestre, Jorge, Counsel for Defendant-Appellant

27. Payne, Darrell Winston, Counsel for non-party John Doe

28. Pritt, Maxwell, Counsel for Plaintiffs-Appellees

29. Rasco, Guy Austin, Counsel for non-party Andrew O'Hagan

30. The Honorable Judge Bruce Reinhart, U.S. District Magistrate Judge

31. Rivero, Andres, Counsel for Defendant-Appellant

32. Rivero Mestre LLP, Counsel for Defendant-Appellant

33. Roche Freedman LLP (now Freedman Normand & Friedland LLP), Counsel for Plaintiffs-Appellees

34. Roche, Kyle, Former Counsel for Plaintiffs-Appellees

35. Rolnick, Alan, Counsel for Defendant-Appellant

36. Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Counsel for non-party John Doe

37. 37. Wright, Craig, Defendant-Appellant

38. 38. Zack, Stephen, Counsel for Plaintiffs-Appellees

\* = no longer involved in representation

Appellant certifies that no other judges, attorneys, persons, associations of persons, firms, partnerships, or corporations have an interest in the outcome of this appeal.

1.    Pursuant to Eleventh Circuit Rule 31-2(d), Appellant respectfully moves for a 45-day extension of time, through July 20, 2023, to file the opening brief in this matter. Appellee does not oppose the requested extension.

2.    Good cause exists to grant the extension. The Estate's opening brief is currently due on June 5, 2023. Since the notice of appeal was filed in the case, counsel of record has had numerous commitments, both professional and personal, that has made filing a brief by that date exceptionally difficult. These commitments include a discovery hearing on June 8, 2023 and impending deadlines for motion practice in several matters. Those obligations and the press of other litigation compel Appellant to respectfully request a 45-day extension to ensure sufficient time to adequately address the issues presented in this appeal in a thoughtful and thorough brief that is useful to the Court.

3.    This extension is requested in good faith and is not sought for purposes of delay. Moreover, no party will be prejudiced by the requested extension.

In accordance with 11th Cir. R. 26-1, Appellant's counsel has conferred with counsel for Appellee regarding this motion, and Appellee does not oppose the requested extension.

WHEREFORE, for the forgoing reasons, Appellant respectfully requests the Court extend the time in which to file the response brief by 45-days, until and including July 20, 2023.

Date: May 22, 2023

Respectfully submitted,

By: s/ Andres Rivero
ANDRES RIVERO
Florida Bar No. 613819
JORGE A. MESTRE
Florida Bar No. 088145
ALAN H. ROLNICK
Florida Bar No. 715085
ROBERT J. KUNTZ JR.
Florida Bar No. 94668
**RIVERO MESTRE LLP**
2525 Ponce de Leon Boulevard,
Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: jmestre@riveromestre.com
Email: arolnick@riveromestre.com
Email: rkuntz@riveromestre.com
Email: receptionist@riveromestre.co

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 226 words. This motion also complies with typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word Office Version 2013 and 14-point Times New Roman type style.

*/s/* Andres Rivero

## **CERTIFICATE OF SERVICE**

I CERTIFY that on May 22, 2023, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/* Andres Rivero