UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 22-11150-G L.T.

Case No. 9:18-cv-80176-BB

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman,

    Appellee,

v.

CRAIG WRIGHT

    Appellant.

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Produce 26.1 and Eleventh Circuit Rule 26.1-1, Appellee IRA KLEIMAN, as the Personal Representative of the Estate of Dave Kleiman, respectfully submits the following Certificate of Interested Parties and Corporate Disclosure Statement:

1. Ira Kleiman
2. The Estate of David Kleiman
3. BTCN 1610-491 LLC
4. Boies Schiller Flexner LLP
5. Freedman Normand Friedland LLP (FNF), and former attorneys of FNF
6. Opportunistic Resources, LLC
7. Jason Cyrulnik, who is a former attorney at the Firm and claims an interest, which the Firm disputes, in any fees paid to the Firm in connection with this matter.

Appellant certifies that no publicly traded company or corporation has an interested in the outcome of the case of appeal.

Dated: May 25, 2023

Respectfully submitted,

By: */s/ Velvel Devin Freedman*

Velvel (Devin) Freedman, Esq.
FREEDMAN NORMAND FRIEDLAND LLP
1 SE 3rd Ave., Suite 1240
Miami, Florida 33131
vel@fnf.law

Joseph Delich
Stephen Lagos
FREEDMAN NORMAND FRIEDLAND LLP
99 Park Avenue, Suite 1910
New York, New York 10016
jdelich@fnf.law
slagos@fnf.law

Andrew S. Brenner, Esq.
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
abrenner@bsfllp.com

*Counsel to Plaintiffs Ira Kleiman as Personal Representative of the Estate of David Kleiman and W&K Info Defense Research, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 25, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Velvel (Devin) Freedman*
VELVEL (DEVIN) FREEDMAN