## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 31, 2023

Amy Christine Brown
Rivero Mestre LLP
565 5TH AVE FL 7
NEW YORK, NY 10017

Amanda L. Fernandez
Rivero Mestre, LLP
2525 PONCE DE LEON BLVD STE 1000
MIAMI, FL 33134

Michael A. Fernandez
Rivero Mestre LLP
565 5TH AVE FL 7
NEW YORK, NY 10017

Allison Henry
Rivero Mestre, LLP
2525 PONCE DE LEON BLVD STE 1000
MIAMI, FL 33134

Schneur Kass
4821 NW 65TH ST
LAUDERHILL, FL 33319

Robert J. Kuntz Jr.
Rivero Mestre, LLP
2525 PONCE DE LEON BLVD STE 1000
MIAMI, FL 33134

Whitney Lohr
Kurzban Kurzban Tetzeli & Pratt, PA
131 MADEIRA AVE
CORAL GABLES, FL 33134

Zaharah R. Markoe
Rivero Mestre, LLP

2525 PONCE DE LEON BLVD STE 1000
MIAMI, FL 33134

Amanda McGovern
Rivero Mestre, LLP
2525 PONCE DE LEON BLVD STE 1000
MIAMI, FL 33134

Jorge Alejandro Mestre
Rivero Mestre, LLP
2525 PONCE DE LEON BLVD STE 1000
MIAMI, FL 33134

Andres Rivero
Rivero Mestre, LLP
2525 PONCE DE LEON BLVD STE 1000
MIAMI, FL 33134

Alan H. Rolnick
Rivero Mestre, LLP
2525 PONCE DE LEON BLVD STE 1000
MIAMI, FL 33134

Appeal Number: 23-11318-B
Case Style: Ira Kleiman, et al v. Craig Wright
District Court Docket No: 9:18-cv-80176-BB

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The enclosed order has been ENTERED.

Clerk's Office Phone Numbers
General Information:    404-335-6100     Attorney Admissions:       404-335-6122
Case Administration:    404-335-6135     Capital Cases:             404-335-6200
CM/ECF Help Desk:       404-335-6125     Cases Set for Oral Argument: 404-335-6141

MOT-2 Notice of Court Action