# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11318

_____

IRA KLEIMAN,
as the Personal Representative of the Estate
of David Kleiman,
W&K INFO DEFENSE RESEARCH, LLC,

                                                          Plaintiffs-Appellees,

versus

CRAIG WRIGHT,

                                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:18-cv-80176-BB

| 2 | Order of the Court | 23-11318 |

---

ORDER:

The motion for an extension of time to and including July 20, 2023 to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.

/s/ Andrew L. Brasher
UNITED STATES CIRCUIT JUDGE