# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11318

_____

IRA KLEIMAN,
as the Personal Representative of the Estate
of David Kleiman,
W&K INFO DEFENSE RESEARCH, LLC,

                                            Plaintiffs-Appellees,

*versus*

CRAIG WRIGHT,

                                            Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:18-cv-80176-BB

_____

2                                                                                                    23-11318

# JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: June 29, 2023

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: July 28, 2023