[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11318

Non-Argument Calendar

_____

IRA KLEIMAN,
as the Personal Representative of the Estate
of David Kleiman,
W&K INFO DEFENSE RESEARCH, LLC,

                                                    Plaintiffs-Appellees,

*versus*

CRAIG WRIGHT,

                                                    Defendant-Appellant.

_____

| 2 | Opinion of the Court | 23-11318 |

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:18-cv-80176-BB

_____

Before JORDAN, JILL PRYOR and GRANT, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction.

Craig Wright appeals a magistrate judge's order denying his post-judgment motions to disqualify counsel for plaintiffs. However, Wright did not appeal the magistrate judge's order to the district court, and the district court did not render it final. *See* 28 U.S.C. § 636(b); *Donovan v. Sarasota Concrete Co.*, 693 F.2d 1061, 1066-67 (11th Cir. 1982) (explaining that when a magistrate judge is proceeding under the supervision of a district court, under 28 U.S.C. § 636(b), its actions "are not final orders and may not be appealed until rendered final by a district court"); *United States v. Schultz*, 565 F.3d 1353, 1359 (11th Cir. 2009) (explaining that a party must first appeal a magistrate judge's order to the district court, and the court of appeals is without jurisdiction to hear appeals directly from magistrate judges, even in an appeal from the final judgment).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.